UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BAYSHORE CONSTRUCTION CO., INC.,<br><br>Defendant. | Case No. |

## COMPLAINT

Plaintiff, United States of America, ("United States"), by and through Sean P. Costello, United States Attorney for the Southern District of Alabama, files this complaint against the Defendant, Bayshore Construction Co., Inc., and in support for its cause of action, alleges as follows:

1. This is a civil action brought by the United States pursuant to the Federal Debt Collection Procedures Act ("FDCPA") (1990), 28 U.S.C. § 3001(a)(1).

2. This Court has jurisdiction pursuant to 28 U.S.C. § 1345.

3. The Defendant, Bayshore Construction Co., Inc., is an Alabama limited liability company located in the Southern District of Alabama in Bay Minette, Alabama, within the jurisdiction of this Court.

4. The amount due is for debts owing to the United States Department of Labor for Occupational Safety and Health Administration violations pursuant to 29 U.S.C. § 651 et seq.; 29 C.F.R. § 1926. *See*, Exhibit 1, Certificate of Indebtedness.

5. Demand has been made on the Defendant for payment in full. Despite this demand, the debt remains outstanding, and the Defendant owes the United States the sum of $8,458.72 with interest accrued through August 21, 2024.

6. The amounts due are debts to the United States as defined in the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. §§ 3001-3308. *See* 28 U.S.C. § 3002(3)(B).

## COUNT 1

7. Defendant is indebted to Plaintiff in the principal sum of $8,458.72 plus interest accruing at the rate of 1.000% computed from April 25, 2022, the date of default, through August 21, 2024, and continues until judgment. Pursuant to the attached, Exhibit 1, Certificate of Indebtedness for Claim ID: TRFM15069995, Defendant's debt is outlined as follows:

| | |
|---|---|
| Principal: | $5,461.00 |
| Interest: | $129.00 |
| Penalty: | $605.88 |
| Administrative costs and fees: | $2,262.84 |
| Total: | $8,458.72 |

8. Demand has been made upon the Defendant for the above sum and Defendant has neglected and refused to pay same and persists in that refusal.

WHEREFORE, the United States prays for Judgment against the Defendant for the total sum amount of $8,458.72 ($5,461.00 principal, $129.00 interest accrued through August 21, 2024, and with interest to accrue at the rate of 1.000% interest per day until the date of Judgment, and $605.88 penalty accrued through August 21, 2024, with interest to accrue at a rate of 6.000%), plus costs of this action. The United States further demands that interest accrue after Judgment at the rate allowed by law, compounded annually, until paid in full, pursuant to 28 U.S.C. § 1961.

*SIGNATURE ON FOLLOWING PAGE*

        Respectfully submitted,

        SEAN P. COSTELLO
        UNITED STATES ATTORNEY

Dated: November 29, 2024    By: *s/Emma L. Sloan*
        Emma L. Sloan
        Assistant United States Attorney
        63 S. Royal Street, Suite 600
        Mobile, Alabama 36602
        Telephone:  (251) 415-7147
        Facsimile:  (251) 441-5044
        Email:  emma.sloan@usdoj.gov